UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 9:24cv81482

ADRIAN REED,

    Plaintiff,

v.

BRIDGECREST CREDIT COMPANY, LLC,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES LLC.,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK
AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff, ADRIAN REED ("Plaintiff"), respectfully requests that the Clerk of the Court enter a Default as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter "Defendant" or "Experian"), and states the following in support thereof:

1. Plaintiff filed his Complaint on November 25, 2024 alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et. seq.*, against Defendant [DE 1].

2. Defendant was served with Plaintiff's Complaint on December 5, 2024 which set a response deadline of December 26, 2024. [DE 11].

3. As of the date of the filing of this motion, Defendant has failed to appear, answer or otherwise plead to the Complaint filed herein within the requisite time frame.

4. Accordingly, Plaintiff submits that he is entitled to a Clerk's Default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff hereby requests that the clerk enter a Default against EXPERIAN INFORMATION SOLUTIONS, INC., and permit Plaintiff to submit his Motion for Default Final Judgment and supporting affidavits within thirty (30) days from the entry of the Default from the Clerk.

Dated: January 14, 2025

Respectfully submitted by:

>
> **DEBT SHIELD LAW**
> */s/ Kevin Rajabalee, Esq.*
> Fla. Bar. No. 119948
> 3440 Hollywood Blvd., Suite 415
> Hollywood, FL 33021
> Main: 754-800-5299
> Direct: 954-667-3096
> Fax: 305-503-9457
> kevin@debtshieldlaw.com
> dayami@debtshieldlaw.com
> service@debtshieldlaw.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2025, the foregoing was electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> By: */s/ Kevin Rajabalee*
> Kevin Rajabalee, Esq.
> FBN: 119948