UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-81482-ROSENBERG

ADRIAN REED,

   Plaintiff,

v.

BRIDGECREST CREDIT COMPANY, LLC;
TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
EQUIFAX INFORMATION SERVICES LLC,

   Defendants.
_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

This cause is before the Court on Defendant Bridgecrest Credit Company LLC's Motion to Stay Proceedings and Compel Arbitration. *See* DE 21. No party filed an opposition to that motion. After responding to the Court's Order to Show Cause asking Plaintiff why he failed to respond, Plaintiff and Defendant Bridgecrest filed a stipulation agreeing to stay the case and compel arbitration. Because the parties agree that the Court should award the relief sought in Defendant Bridgecrest's Motion, it is hereby **ORDERED AND ADJUDGED**:

1. Defendant Bridgecrest's Motion to Stay and Compel Arbitration [DE 9] is **GRANTED**.

2. This case is **STAYED**.

3. All pending deadlines are **TERMINATED**.

4. The parties shall file a joint status report every six months apprising the Court of the status of arbitration and the expected timeline for resolution. Within ten (1)

days of resolution of this matter, the parties shall file a joint stipulation of dismissal.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of January, 2025.

                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record