UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

**ADRIAN REED,**

                                                                    Case No. 9:24cv81482

    **Plaintiff,**

v.

**BRIDGECREST CREDIT COMPANY, LLC,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES LLC.,**

    **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, **ADRIAN REED**, and Defendant, **TRANS UNION, LLC** by and through their undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action are dismissed with prejudice pursuant to agreement of the parties with each Party to bear their own attorney's fees and costs.

**Respectfully submitted this on the 20th day of May 2025.**

| | |
|---|---|
| **DEBT SHIELD LAW** | **/s/ Charlotte Long** |
| **/s/ Kevin Rajabalee, Esq.** | Charlotte Long, Esq. |
| Fla. Bar. No. 119948 | Florida Bar No. 0112517 |
| 3440 Hollywood Blvd., Suite 415 | charlotte.long@transunion.com |
| Hollywood, FL 33021 | Trans Union, LLC |
| Main: 754-800-5299 | 555 W. Adams Street |
| Direct: 954-667-3096 | Chicago, IL 60661 |
| Fax: 305-503-9457 | Telephone: 469-578-1464 |
| kevin@debtshieldlaw,com | *Counsel for Trans Union LLC* |
| dayami@debtshieldlaw.com | |
| service@debtshieldlaw.com | |
| *Attorney for Plaintiff* | |

<u>s/Egle Vinickaite, Esq.</u>
Robert E. Sickles, Esq.
Florida Bar No. 167444
robert.sickles@dinsmore.com
Egle Vinickaite, Esq.
Florida Bar No. 1039550
Egle.vinickaite@dinsmore.com
DINSMORE & SHOHL LLP
201 North Franklin Street, Suite 3050
Tampa, FL 33602
Phone: (813) 543-9848
*Counsel for Defendant Bridgecrest Credit Company, LLC*

<u>By: /s/ Jason Daniel Joffe</u>
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd. Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

**ADRIAN REED,**

        Case No. 9:24cv81482

    **Plaintiff,**

**v.**

**BRIDGECREST CREDIT COMPANY, LLC,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES LLC.,**

    **Defendants.**
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that May 20, 2025 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/Kevin Rajabalee, Esq,
                                                Kevin Rajabalee, Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.