UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 9:24cv81482

**ADRIAN REED,**

    **Plaintiff,**

  v.

**BRIDGECREST CREDIT COMPANY, LLC,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES LLC.,**

    **Defendants.**
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, **ADRIAN REED**., voluntarily dismisses this action against, **EXPERIAN INFORMATION SOLUTIONS, INC** with prejudice pursuant to agreement of the parties with each Party to bear their own attorney's fees and costs. Plaintiff files this singular notice as opposed to a joint notice because Defendant has not formally appeared in this action.

**Respectfully submitted this on the 23rd day of October 2025.**

                                                      **DEBT SHIELD LAW**
                                                    ***/s/ Kevin Rajabalee, Esq.***
                                                    Fla. Bar. No. 119948

                                                  3440 Hollywood Blvd., Suite 415
                                                  Hollywood, FL 33021
                                                  Main: 754-800-5299
                                                  Direct: 954-667-3096
                                                  Fax: 305-503-9457

kevin@debtshieldlaw,com
dayami@debtshieldlaw.com
service@debtshieldlaw.com
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 9:24cv81482

**ADRIAN REED,**

    **Plaintiff,**

  v.

**BRIDGECREST CREDIT COMPANY, LLC,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES LLC.,**

    **Defendants.**
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 23, 2025 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/Kevin Rajabalee,
                                            Kevin Rajabalee, Esq

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF.